In the Matter of the Application of THE CITY OF NEW YORK, Appel-
lant, Relative to Acquiring Title to Certain Lands and Premises
Situated on the Easterly Side of Amsterdam Avenue, Between
One Hundred and Thirty-ninth and One Hundred and Fortieth
Streets, and Also a Strip of Land Thirty Feet in Width, Lying
Between the Site of the College of the City of New York and
St. Nicholas Park, and Extending from Convent Avenue to St.
Nicholas Terrace, in the Borough of Manhattan, in the City of
New York, Duly Selected as an Additional Site for the College
of the City of New York According to Law.*

JAMES R. HAY, Respondent.

First Department, April 6, 1906.

APPEAL by the petitioner, The City of New York, from an order
of the Supreme Court, made at the New York Special Term and
entered in the office of the clerk of the county of New York on the
13th day of October, 1905, granting a motion for the taxation of
costs and an extra allowance under section 1436c of the Greater
New York charter (Laws of 1901, chap. 466).

*Theodore Connoly*, for the appellant.

*Joseph A. Flannery*, for the respondent.

McLAUGHLIN, J.:

Proceedings were instituted by the city of New York to acquire
title to certain lands on Amsterdam avenue between One Hundred
and Thirty-ninth and One Hundred and Fortieth streets, owned by
the respondent Hay. After the commencement of such proceedings
an offer was made under section 1436c of the Greater New York
charter (Laws of 1901, chap. 466) to sell this land to the city for
the sum of $60,000. The offer was made January 9, 1905, and was
signed "James R. Hay, by Joseph A. Flannery, his attorney." The
offer was rejected and title subsequently acquired by the city, for
which an award was made to Hay of $69,183. Thereafter a
motion was made on behalf of Hay, under section 1436c of the

---

* See *Matter of City of New York (In re Baker)*, *ante*, p. 160.

Greater New York charter, to tax his costs·in the proceeding and for an extra allowance. The motion was granted, and his costs were directed to be taxed as in an action, together with an extra allowance of $500, and the city has appealed.

For the reasons assigned in the opinion delivered on the appeal from an order in a similar proceeding, in which costs and an extra allowance were allowed to John O. Baker (112 App. Div. 160), the order appealed from must be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

INGRAHAM, LAUGHLIN, CLARKE and HOUGHTON, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   Order filed.